# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Salvador NUNEZ Freitas,<br><br>Defendant. | Case No.:   **20-MJ-5240**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 3, 2020, within the Southern District of California, Salvador NUNEZ Freitas, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.22 kilograms (2.68 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th of December 2020.

_____
HON WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

RAS
r9689

## **STATEMENT OF FACTS**

On December 3, 2020, at approximately 12:15 PM, Salvador NUNEZ Freitas, ("NUNEZ"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #7.  NUNEZ was the driver, sole occupant, and registered owner of a 2015 Volkswagen Jetta ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to a black battery jumper box on the back seat of the vehicle. The Customs and Border Protection Officer (CBPO) then radioed for additional assistance.

A Customs and Border Protection Officer responded and contacted NUNEZ. The CBPO received two negative Customs declarations from NUNEZ. NUNEZ stated he was crossing the border to go to O'Reilly Auto Parts in Otay Mesa, CA.

Further inspection of the vehicle resulted in the discovery of 1 package concealed in a black battery jumper box on the back seat of the vehicle, with a total approximate weight of 1.22 kgs (2.68 lbs).  A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

NUNEZ was placed under arrest at approximately 1:45 PM.

1

DAS
X9689

1        During a post-Miranda interview, NUNEZ admitted that he was going to be

2 paid $200 USD to smuggle the narcotics into the United States.  NUNEZ claimed to

3 be driving the narcotics to Otay Mesa, California.

4

5        NUNEZ was arrested and charged with a violation of Title 21, United States

6 Code, 952 and 960, importation of a controlled substance.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28