**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR NUNEZ FREITAS,<br><br>　　　　　　　　　　Defendant. | Case No. 21-CR-0137-WQH<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1001(a)(2) – False Statement to a Federal Officer (Felony)<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine (Felony) |

The United States Attorney charges:

Count 1

On or about December 3, 2020, within the Southern District of California, defendant, SALVADOR NUNEZ FREITAS, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that, defendant did represent and state to a Department of Homeland Security, Customs and Border Protection Officer that defendant had no items to declare upon entry into the United States when, in truth and fact, as defendant then and there well knew, that

ABW:lml:1/27/2021

statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001(a)(2).

## Count 2

On or about December 3, 2020, within the Southern District of California, defendant SALVADOR NUNEZ FREITAS, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.22 kilograms (2.68 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 27, 2021

ROBERT S. BREWER, JR.
United States Attorney

AMY B. Wang
Assistant United States Attorney